No. 74–1530.  GOLDBERG ET AL. *v.* ARROW ELECTRONICS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied. ▆

No. 74–1532.  COCKE *v.* CANTOR ET AL.  C. A. 9th Cir. Certiorari denied.

No. 74–1533.  ST. PAUL FIRE & MARINE INSURANCE CO. *v.* COMMUNITY OIL CO., INC., ET AL.  Cir. Ct. W. Va., Jefferson County.  Certiorari denied.

No. 74–1534.  WILLIAMS *v.* BOARD OF EDUCATION OF UNION TOWNSHIP, UNION COUNTY.  Super. Ct. N. J. Certiorari denied.

No. 74–1535.  ALBAUGH *v.* MANDEL, GOVERNOR OF MARYLAND, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 74–1536.  BRUNO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied. ▆

No. 74–1537.  M. W. ZACK METAL CO. *v.* INTERNATIONAL NAVIGATION CORPORATION OF MONROVIA.  C. A. 4th Cir.  Certiorari denied. ▆

No. 74–1545.  BURGE *v.* ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied. ▆

No. 74–1539.  WATKINS *v.* WASHINGTON, MAYOR OF WASHINGTON, D. C., ET AL.  C. A. D. C. Cir.  Certiorari denied. ▆

No. 74–1543.  DAWSON *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied. ▆